(119 So. 601)

## Katie D. LONGSHORE v. CITY OF MONTGOMERY. (3 Div. 867.)

Supreme Court of Alabama. Nov. 22, 1928.

Rehearing Denied Jan. 24, 1929.

Goodwyn & Goodwyn, of Montgomery, for petitioner.

Hill, Hill, Whiting, Thomas & Rives, of Montgomery, opposed.

PER CURIAM. Petition of the city of Montgomery for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Longshore v. City of Montgomery, 22 Ala. App. 620, 119 So. 599.

Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.